

**UPSTREAM**
REHABILITATION

P.O. Box 989728
West Sacramento, CA 95798-9728





Enrollment Code: 7X2WHZ2WNT

To Enroll, Scan the QR Code Below:

Or Visit:
https://response.idx.us/up

Jeremy Hufstetler

September 15, 2023

Dear Jeremy Hufstetler:

Upstream RollCo LLC ("Upstream") is writing to notify you of an incident that may have impacted the security of your personal information. We want to provide you with information about the incident, our response, and steps you may take to better protect against possible misuse of your personal information, should you feel it is necessary to do so.

**What Happened?** Upstream discovered suspicious activity related to certain employee email accounts. Upon becoming aware of the suspicious activity, we promptly took steps to secure the email environment and commenced an investigation into the nature and scope of the activity. The investigation determined that certain files stored within the impacted email accounts *may* have been accessed by an unauthorized party between January 24, 2023, and January 31, 2023, as well as between February 3, 2023, and February 9, 2023. In an abundance of caution, Upstream initiated a review of the impacted accounts to determine the type of information and to whom it related, which was completed on July 28, 2023. Subsequently, we worked to identify and populate address information for any potentially affected individuals. We are notifying you, because we have identified that certain information related to you was contained in the impacted email accounts.

**What Information Was Involved?** The information related to you contained in the affected files and therefore potentially impacted as a result of this event included your name, diagnosis, health insurance subscriber number, medical billing/claims information, medical record number, other health insurance information, patient account number, and treatment information.

**What We Are Doing.** We take this incident and the security of personal information in our care very seriously. Upon learning of this incident, we investigated and responded to this event, assessed the security of our systems, and notified potentially affected individuals. As part of our ongoing commitment to the security of information, we are reviewing and enhancing existing policies and procedures to reduce the likelihood of a similar future event. As a precautionary measure, we are notifying potentially affected individuals, including you, so that you may take further steps to best protect your personal information, should you feel it is appropriate to do so. We regret any inconvenience or concern this incident may cause. As an added precaution, we are offering access to 12 months of credit monitoring and identity theft protection services through IDX, at no cost to you.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements and explanation of benefits and monitoring your free credit reports for suspicious activity and to detect errors. Please also review the information contained in the attached "*Steps You Can Take To Protect Your Personal Information.*"

